NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALDEN LEEDS, INC.,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2013-1202

---

Appeal from the United States Court of International Trade in No. 09-CV-0476, Judge Richard K. Eaton.

---

**ON MOTION**

---

## O R D E R

Upon consideration of Alden Leeds, Inc.'s motion to withdraw its appeal,

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeal is dismissed.

(2)  Each side shall bear its own costs.

ALDEN LEEDS, INC. V. US                                          2


                              FOR THE COURT

                              /s/ Jan Horbaly
                              Jan Horbaly
                              Clerk

s21

ISSUED AS MANDATE: April 24, 2013